**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  BARE ESCENTUALS BEAUTY, INC.,                    No. C 09-00382 CRB
12              Plaintiff,                           **Clerk's Notice**
13       v.
14  INTELLIGENT BEAUTY, LLC,
15              Defendant.
                                                /
16
17   **(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)**
18
19  YOU ARE NOTIFIED THAT the Court has rescheduled the Further Case Management Conference
20  for Friday, November 20, 2009 at 10:00 a.m. before the Honorable Charles R. Breyer. The supplemental case management statement due November 13, 2009.
21
22  Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
23  San Francisco, CA 94102.
24  Dated: October 21, 2009                         FOR THE COURT,
25                                                   Richard W. Wieking, Clerk
26                                                   By: _____
27                                                   Barbara Espinoza,
                                                     Courtroom Deputy
28