1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12   BARE ESCENTUALS BEAUTY, INC., a          )   Case No. 09-CV-00382 (CRB)
     Delaware corporation,                     )
13                                             )
                    Plaintiff,                 )
14                                             )   ~~[PROPOSED]~~ ORDER GRANTING
            vs.                                )   PLAINTIFF'S MOTION FOR LEAVE TO
15                                             )   FILE FIRST AMENDED COMPLAINT
     INTELLIGENT BEAUTY, LLC, a Delaware       )
16   limited liability company,                )
                                               )
17   and                                       )
                                               )
18   DOES 1-12,                                )
                                               )
19                  Defendants.                )
                                               )
20

21

22          Because justice so requires, the Court GRANTS Plaintiff's' Motion for Leave to File First

23   Amended Complaint.

24

25   Dated:  November 10 , 2009

26                                             THE HONORABLE
                                               United States District
27                                             Northern District

28

IT IS SO ORDERED

Judge Charles R. Breyer