UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC., | Case No. C09-00382 CRB (JCS) |
| Plaintiff(s), | |
| v. | **ORDER FOR NON-PARTY L'OREAL TO FILE RESPONSE BY DECEMBER 15, 2009** |
| INTELLIGENT BEAUTY, LLC, | |
| Defendant(s). | |

On December 8, 2009, the Court received a letter from the Paul Hastings firm representing non-party L'Oreal and requesting that they be allowed to file a response to the pending discovery dispute.

IT IS HEREBY ORDERED that non-party L'Oreal may file a responsive brief by **December 15, 2009.**

IT IS SO ORDERED.

Dated: December 10, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge