UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC. et al,<br><br>        Plaintiff,<br><br>  v.<br><br>INTELLIGENT BEAUTY, LLC et al,<br><br>        Defendant. | Case Number: CV09-00382 CRB (JCS)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 11, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark E. McKeen
Paul Hastings Janofsky & Walker
55 Second Street, 24th Floor
San Francisco, CA 94105

Dated: December 11, 2009

                                                Richard W. Wieking, Clerk
                                                By: Karen Hom, Deputy Clerk