WINSTON & STRAWN LLP
Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
K. Joon Oh (SBN: 246142)
koh@winston.com
J. Caleb Donaldson (SBN: 257271)
jcdonaldson@winston.com
101 California Street
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:     415-591-1400

Attorneys for Plaintiff
BARE ESCENTUALS BEAUTY, INC.

BRYAN CAVE LLP
Marcy Bergman (SBN: 75826)
marcy.Bergman@bryancave.com
Keith D. Klein (SBN:  184846)
keith.klein@bryancave.com
Stephanie A. Blazewicz (SBN: 240359)
stephanie.blazewicz@bryancave.com
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:     310-576-2100
Facsimile:     310-576-2200
Attorneys for Defendant
INTELLIGENT BEAUTY, LLC

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC., | **Case No. 03:09-cv-00382 (CRB) (JCS)** |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRIVILEGE LOG ENTRIES FOR COUNSEL** |
| v. | |
| INTELLIGENT BEAUTY, LLC, | |
| and | |
| DOES 1-12, | |
| Defendants. | |

Bryan Cave LLP
2 Embarcadero Center, Suite 1410
San Francisco, . California  94111

Bryan Cave LLP
2 Embarcadero Center, Suite 1410
San Francisco., California, 94111

## STIPULATION

This Stipulation is entered into by Plaintiff BARE ESCENTUALS BEAUTY, INC. ("Plaintiff") and Defendant INTELLIGENT BEAUTY, INC. ("Defendant").

WHEREAS, the parties are engaged in discovery and have each served Requests for Production of Documents on the other party;

WHEREAS, each party is preparing a privilege log for all documents withheld from its production due to privilege;

WHEREAS, the parties each have a significant number of documents within their possession, custody, or control that reflect communications directly from a party to its in-house counsel and/or outside counsel or vice versa, after the filing of this lawsuit on January 27, 2009, and discuss the litigation at issue;

WHEREAS, the parties agree that any communications sent directly from a party to its in-house counsel and/or outside counsel or vice versa, after the filing of this lawsuit on January 27, 2009, that discuss the litigation at issue, are subject to the attorney-client privilege, so long as the communications were primarily to or from counsel and not merely copied to counsel and so long as the privilege is not otherwise waived; and

WHEREAS the parties, cognizant of the Court's Standing Order regarding Privilege logs believe that this arrangement would be fair and would also significantly reduce unnecessary burdens and therefore join together to request this Court's dispensation;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   NOW, THEREFORE, Plaintiff and Defendant hereby jointly seek an Order of this Court that

2   any document reflecting communications directly from a party to its in-house counsel and/or outside

3   counsel or vice versa, after the filing of this lawsuit on January 27, 2009, and discuss the litigation at

4   issue need not be individually logged in that party's privilege log.

5   **IT IS SO STIPULATED.**

6

7       Dated: December 9, 2009          WINSTON & STRAWN LLP

8

9                                        /s/
                                         Andrew P. Bridges
10                                       Jennifer A. Golinveaux
                                         K. Joon Oh
11                                       J. Caleb Donaldson
                                         Attorney for Plaintiff
12                                       BARE ESCENTUALS BEAUTY, INC.

13       Dated: December 9, 2009          BRYAN CAVE LLP

14

15                                       /s/
                                         Marcy Bergman
16                                       Keith D. Klein
                                         Stephanie A. Blazewicz
17                                       Attorney for Defendant
                                         INTELLIGENT BEAUTY, LLC
18

19      Pursuant to General Order 45.X.B, J. Caleb Donaldson attests that he has obtained the
20  concurrence of Stephanie A. Blazewicz for the filing of this document.

21                                       /s/
                                         J. Caleb Donaldson
22

23

24

25

26

27

28

Bryan Cave LLP
2 Embarcadero Center, Suite 1410
San Francisco, , California 94111

1

[~~PROPOSED~~] ORDER

2

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

3

4

Dated: __12/11_____, 2009

5

6



Honorabl
United Sta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO , CALIFORNIA 94111

09-cv-00382 (CRB)

STIPULATION REGARDING PRIVILEGE LOG FOR DOCUMENTS