WINSTON & STRAWN LLP
Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
K. Joon Oh (SBN: 246142)
koh@winston.com
J. Caleb Donaldson (SBN: 257271)
jcdonaldson@winston.com
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys for Plaintiff
BARE ESCENTUALS BEAUTY, INC.

BRYAN CAVE LLP
Marcy Bergman (CA Bar No. 75826)
Marcy.Bergman@bryancave.com
Keith D. Klein (SBN: 184846)
keith.klein@bryancave.com
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: 310-576-2100
Facsimile: 310-576-2200

Attorneys for Defendant
INTELLIGENT BEAUTY, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| BARE ESCENTUALS BEAUTY, INC., | Case No. 03:09-cv-00382 (CRB) (JCS) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |
| vs. | **Trial Date:** May 17, 2010 |
| INTELLIGENT BEAUTY, LLC, | **Time:** 8:30 a.m. |
| and | **Room:** 8 |
| DOES 1-12, | |
| Defendants. | |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

## **STIPULATION**

This Stipulation is entered into by Plaintiff BARE ESCENTUALS BEAUTY, INC. ("Plaintiff") and Defendant INTELLIGENT BEAUTY, INC. ("Defendant").

WHEREAS, on November 24, 2009 this Court issued a Civil Minutes Order setting a pretrial conference for May 11, 2010 and trial for May 17, 2010 and directing the parties to work together to establish all other dates;

NOW, THEREFORE, Plaintiff and Defendant jointly seek an Order of this Court adopting and approving the following schedule:

| Event | Date (Intelligent Beauty) |
|---|---|
| Fact Discovery Closes | January 29, 2010 |
| Simultaneous Disclosure Of Experts; Expert Discovery Opens | February 5, 2010 |
| Disclosure Of Rebuttal Expert Witnesses | March 5, 2010 |
| Expert Discovery Closes, including depositions of experts | March 19, 2010 |
| Last Day to File Dispositive Motions | March 19, 2010 |
| Last Day for Hearing Dispositive Motions | April 23, 2010 |
| Final Pretrial Conference And Pretrial Disclosures Due | May 7, 2010 |
| Pretrial Conference | May 11, 2010 |
| Trial | May 17, 2010 |

Each party agrees that, in light of the close of expert discovery on March 19, 2009, the parties will make their expert witnesses, including rebuttal witnesses, available for deposition no later than March 16, 2010, and acknowledge that they may need to "double-track" expert depositions to meet this timeframe, and agree to do so if necessary.

Each of the parties reserves the right to seek an amendment of this schedule for good cause.

**IT IS SO STIPULATED.**

1

Dated: December 30, 2009

BRYAN CAVE LLP

_____
Keith D. Klein
Attorney for Defendant
INTELLIGENT BEAUTY, LLC

Dated: December 30, 2009

WINSTON & STRAWN LLP

_____
Jennifer A. Golinveaux
Attorney for Plaintiff
BARE ESCENTUALS BEAUTY, INC.

J. Caleb Donaldson attests that the above signatories have consented to the filing of this document.

/s/
_____
J. Caleb Donaldosn

**[PROPOSED] ORDER**

The parties having submitted this Stipulated Case Schedule and good cause appearing, PURSUANT TO STIPULATION IT IS HEREBY ORDERED that the parties' Stipulated Case Schedule, subject to any revisions set forth above, is hereby adopted by the Court as the schedule for the case, and the parties are ordered to comply with this schedule.

| Event | Date (Intelligent Beauty) |
|---|---|
| Fact Discovery Closes | January 29, 2010 |
| Simultaneous Disclosure Of Experts; Expert Discovery Opens | February 5, 2010 |
| Disclosure Of Rebuttal Expert Witnesses | March 5, 2010 |
| Expert Discovery Closes, including depositions of experts | March 19, 2010 |
| Last Day to File Dispositive Motions | March 19, 2010 |
| Last Day for Hearing Dispositive Motions | April 23, 2010 |
| Final Pretrial Conference And Pretrial Disclosures Due | May 7, 2010 |
| Pretrial Conference | May 11, 2010 |
| Trial | May 17, 2010 |

Dated: _____January 5_____, 2010

_____
The Honorable Charles R. Breyer
United States District Judge
Northern District



SF:268832.4

3
STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
Case No. 03:09-cv-00382 (CRB) (JCS)