WINSTON & STRAWN LLP
Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
K. Joon Oh (SBN: 246142)
koh@winston.com
J. Caleb Donaldson (SBN: 257271)
jcdonaldson@winston.com
101 California Street
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:      415-591-1400

Attorneys for Plaintiff
BARE ESCENTUALS BEAUTY, INC.

BRYAN CAVE LLP
Marcy Bergman (CA Bar No. 75826)
Marcy.Bergman@bryancave.com
Keith D. Klein (SBN:  184846)
keith.klein@bryancave.com
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:     310-576-2100
Facsimile:      310-576-2200

Attorneys for Defendant
INTELLIGENT BEAUTY, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| BARE ESCENTUALS BEAUTY, INC., | Case No. 03:09-cv-00382 (CRB) (JCS) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING CONFIDENTIAL AFFILIATE AGREEMENT** |
| vs. | |
| INTELLIGENT BEAUTY, LLC, | **Trial Date:     May 17, 2010**<br>**Time:            8:30 a.m.** |
| and | **Room:           8** |
| DOES 1-12, | |
| Defendants. | |

# STIPULATION

This Stipulation is entered into by Plaintiff BARE ESCENTUALS BEAUTY, INC. ("Plaintiff") and Defendant INTELLIGENT BEAUTY, INC. ("Defendant").

WHEREAS, in response to Plaintiff's document requests, Defendant has agreed to conduct a reasonable and diligent search for all documents in Defendant's possession, custody, or control that reflect affiliate agreements and licensee agreements related to RAWMINERALS or marketing of RAWMINERALS products;

WHEREAS, Defendant has produced all such documents that it could locate following a reasonable and diligent search, with the exception of one agreement that is subject to a confidentiality clause that may prohibit Defendant from producing it unless a Court has ordered Defendant to do so;

NOW, THEREFORE, Plaintiff seeks an Order of this Court ordering that Defendant produce the previously withheld agreement to Plaintiff within five business days of entry of an order by the Court.

**IT IS SO STIPULATED.**

Dated: January 4, 2010

BRYAN CAVE LLP

Keith D. Klein
Attorney for Defendant
INTELLIGENT BEAUTY, LLC

Dated: January 4, 2010

WINSTON & STRAWN LLP

Jennifer A. Golinveaux
Attorney for Plaintiff
BARE ESCENTUALS BEAUTY, INC.

J. Caleb Donaldson attests that the above signatories have consented to the filing of this document.

J. Caleb Donaldson

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION IT IS HEREBY ORDERED.

Dated: ___January 5___, 2010

_____
The Hon. Joseph C Spero
United States Magistrate Judge
Northern District of California

*[Signature: Judge Joseph C. Spero]*
*[Seal: United States District Court, Northern District of California]*

SF:270697.1