UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC., | Case No. C09-00382 CRB (JCS) |
| Plaintiff(s), | |
| v. | **ORDER DENYING INTELLIGENT BEAUTY'S MOTION TO COMPEL** |
| INTELLIGENT BEAUTY, LLC, | |
| Defendant(s). | |

On December 7, 2009, the Plaintiff Bare Escentuals Beauty, Inc. ("Plaintiff") and Defendant Intelligent Beauty, LLC ("Defendants") jointly submitted a Letter to the Court, wherein Defendant moved to compel the production of documents, including the Settlement Agreement entered into by Plaintiff and L'Oreal (the "L'Oreal Settlement Agreement").

Having read and considered the Letter, the arguments in support and in opposition to production, and the case file in this action, and good cause appearing, IT IS HEREBY ORDERED that Defendant's Motion to Compel Production of the L'Oreal Settlement Agreement is DENIED.

IT IS SO ORDERED.

Dated: January 11, 2010

JOSEPH C. SPERO
United States Magistrate Judge