UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC., | Case No. C09-00382 CRB (JCS) |
| Plaintiff(s), | |
| v. | **ORDER DENYING AS MOOT ALL PENDING DISCOVERY MOTIONS** [Docket Nos. 66, 70, 75, 79, 80, 82 and 83] |
| INTELLIGENT BEAUTY, LLC, | |
| Defendant(s). | |

The parties to this matter have advised the Court that they have agreed to a settlement. IT IS HEREBY ORDERED that all pending discovery motions [docket nos. 66, 70, 75, 79, 80, 82 and 83] are DENIED as moot, and the hearing date of March 12, 2010, at 9:30 a.m., is VACATED.

IT IS SO ORDERED.

Dated: March 9, 2010

JOSEPH C. SPERO
United States Magistrate Judge